UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

**ALEXIS M. HERMAN**, Secretary of Labor,
United States Department of Labor,

Plaintiff,

v.

**MED-VOC ASSOCIATES, INCORPORATED** and **MICHAEL W. EVAVOLD,** Individually, and as Fiduciaries of the Med-Voc Associates, Inc. 401(k) Plan, and the **MED-VOC ASSOCIATES, INC. 401(k) PLAN**

Defendants.

CIVIL ACTION 00-CV-978 ADM/AJB

**CONSENT JUDGMENT AND ORDER**

Plaintiff Alexis M. Herman, Secretary of Labor, United States Department of Labor (Secretary), having filed a complaint against defendants Med-Voc Associates, Incorporated (Med-Voc) and Michael W. Evavold (Evavold), individually, and as fiduciaries of the Med-Voc Associates, Inc. 401(k) Plan (Plan), alleging that defendants have violated their fiduciary obligations under Title I of the Employee Retirement Income Security Act of 1974 (ERISA), as amended, 29 U.S.C. §§1001, *et seq.* The Secretary and defendants, *pro se*, without admitting or denying liability, agree to resolve all claims and issues between and among them regarding the captioned action, and do now accordingly consent to the entry of this Consent Order and Judgment by the Court. The defendants admit to the jurisdiction of the Court over them and over the subject-matter of this action.

Now, therefore, upon consideration of the record herein, and as agreed to by the parties hereto, the Court finds that it has jurisdiction to enter this Consent Judgment and Order, and being fully advised in the premises, it is,

JUL 31 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORDERED, ADJUDGED AND DECREED that:

1. Defendants Med-Voc and Evavold are permanently enjoined and restrained from violating the provisions of Title I of ERISA, 29 U.S.C. §§1001, et seq.

2. Med-Voc and Evavold agree to pay $18,933.08, representing lost opportunity costs, to the Plan's third-party administrator, Principal Financial Group, for deposit to the Plan accounts of the Plan participants listed in *Exhibit A* by July 31, 2000, and to furnish satisfactory proof of payment to the Secretary's representative by August 31, 2000.

3. Med-Voc and Evavold agree to notify the Secretary's representative in writing on the day(s) the voluntary employee contributions are scheduled to be remitted to the Plan if there will be delay(s) in making the remittance(s), so that the Secretary may seek enforcement of Med-Voc's and Evavold's fiduciary obligations in U.S. District Court.

4. Med-Voc and Evavold agree to notify Plan participants on the day(s) the voluntary employee contributions are scheduled to be remitted to the Plan if there will be delay(s) in making the remittance(s).

5. Evavold agrees to obtain a fidelity bond in the minimum amount of 10% of the amount of Plan funds handled, pursuant to ERISA §412(a), 29 U.S.C. §1112(a), and to continue such bonding at required levels in accordance with statutory requirements.

6. Each party agrees to bear his/her/its own attorneys' fees, costs and other expenses incurred by such party in connection with any stage of this proceeding to date including, but not limited to, attorneys' fees which may be available under the Equal Access to Justice Act, as amended.

7. The Med-Voc Associates, Inc. 401(k) Plan is hereby dismissed as a defendant;

8. The Court retains jurisdiction for purposes of enforcing compliance with the terms of this Consent Judgment and Order.

9. Nothing in this Consent Judgment and Order is binding on any government agency other than the United States Department of Labor.

DATED this 31st day of July, 2000.

Ann Montgomery

UNITED STATES DISTRICT JUDGE
ANN D. MONTGOMERY

The undersigned apply for and consent to the entry of this Consent Order and Judgment.

FOR THE SECRETARY OF LABOR:

**HENRY L. SOLANO**
Solicitor of Labor

**RICHARD J. FIORE**
Regional Solicitor

**EILEEN R. HURLEY**
Attorney

Attorneys for Alexis M. Herman,
Secretary of Labor
United States Department of Labor
Plaintiff

P.O. ADDRESS:
Office of the Solicitor
U.S. Department of Labor
230 South Dearborn Street
Suite 844
Chicago, Illinois 60604
Telephone: (312) 353-1169
FAX: (312) 353-5698

FOR THE DEFENDANTS:

**MICHAEL W. EVAVOLD**
*on behalf of Med-Voc Associates, Inc.*
1200 Osborne Road
Fridley, Minnesota 55432

Date: 7/22/2000

PHONE: (612) 786-6525
FAX: (612) 786-3206

**MICHAEL W. EVAVOLD**
*Individually*

Date: 7/22/2000

# MED-VOC ASSOCIATES, INC. 401(k) PLAN

| PARTICIPANT | LOST OPPORTUNITY COSTS | PARTICIPANT | LOST OPPORTUNITY COSTS |
|---|---|---|---|
| Pamela Beckman | $281.67 | Jeanne Musolf | 1,173.46 |
| Rebecca Bowerman | 389.36 | Shirlyn Nickelson | 298.47 |
| Becky Clasen | 840.67 | Kathleen Otto | 254.30 |
| Terri Court | 55.01 | Judith Palmer | 181.88 |
| Lynn Eisenhauer | 248.88 | Wendy Schmitz - Harding | 57.38 |
| Kristin Gulbrandsen | 55.74 | Mary Pat Smith | 787.04 |
| Tim Hannon | 165.87 | Kay Strobel | 1,461.56 |
| Vicki Hanstedt - Parker | 989.45 | Vickie Swanson | 2.78 |
| Kristin Heron | 54.28 | Karen Swanson - Diagle | 38.40 |
| David Hobson | 1,510.56 | Mathew Tolpingrud | 676.88 |
| LeaRae Keyes | 2,208.37 | Colleen Van Houten | 145.69 |
| Renee Kreter | 1,618.32 | Jill Walstead - Doherty | 935.59 |
| Andrew Leverenz | 72.83 | Joanne Washburn | 383.47 |
| Daniel Murphy | 2,229.33 | Warren Wesley | 1,815.84 |
| **TOTAL - $18,933.08** | | | |

# EXHIBIT A